IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.                                                      Civ. No. 01-135 LH/WWD

APACHE CONSTRUCTION COMPANY, INC.,
a New Mexico corporation, MARIANO CHAVEZ,
JR., SALLY B. CHAVEZ, and CHAVEZ
FAMILY LIMITED PARTNERSHIP, a
New Mexico Limited Partnership,

    Defendants.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Defendants' Motion to Stay Initial Disclosures and Discovery Pending Resolution of Motion to Dismiss [docket no. 11] filed March 26, 2001. Defendants have filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. Plaintiff/Respondent argues that the matter will be litigated ultimately, and that postponing discovery simply will delay matters. That is true; however, it glosses over the question of whether we have jurisdiction to do anything in these circumstances. I will not assume jurisdiction in order to allow discovery to go forward in this instance.

      **WHEREFORE,**

      **IT IS ORDERED** that Defendants' Motion to Stay Initial Disclosures and Discovery Pending Resolution of Motion to Dismiss [docket no. 11] is GRANTED, and discovery and initial

disclosures are STAYED until  May 29, 2001, or until the motion to dismiss is decided, whichever shall come first.

_____
UNITED STATES MAGISTRATE JUDGE